# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133394
133396
133400-133406 & (74)


DAIMLERCHRYSLER CORPORATION,
          Petitioner-Appellee,
v

STATE TAX COMMISSION and
DEPARTMENT OF ENVIRONMENTAL
QUALITY,
          Respondents-Appellees,
and

CITY OF AUBURN HILLS,
          Respondent-Appellant.
_____/

SC: 133394
COA: 267565
Oakland CC: 05-064732-AA


FORD MOTOR COMPANY,
          Petitioner-Appellee,
v

STATE TAX COMMISSION and
DEPARTMENT OF ENVIRONMENTAL
QUALITY,
          Respondents-Appellees,
and

CITY OF DEARBORN,
          Intervening Respondent-Appellant.
_____/

SC: 133396
COA: 262500
Wayne CC: 04-430612-AA,
    04-430613-AA, 04-430614-AA


FORD MOTOR COMPANY,
          Petitioner-Appellee,
v

STATE TAX COMMISSION and
DEPARTMENT OF ENVIRONMENTAL
QUALITY,
          Respondents-Appellants,
and

SC: 133400-02
COA: 262487, 262488, 262500
Wayne CC: 04-430612-AA,
    04-430613-AA, 04-430614-AA

CITY OF DEARBORN,
          Intervening Respondent-Appellee.
_____

DETROIT DIESEL CORPORATION,
          Petitioner-Appellee,
          Cross-Appellant,
v

STATE TAX COMMISSION and
DEPARTMENT OF ENVIRONMENTAL
QUALITY,
          Respondents-Appellants,
          Cross-Appellees,
and

CHARTER TOWNSHIP OF REDFORD,
          Intervening Respondent-Appellee,
          Cross-Appellee.
_____

SC: 133403
COA: 263188
Wayne CC: 04-430915-AA

FORD MOTOR COMPANY,
          Petitioner-Appellee,
v

STATE TAX COMMISSION and
DEPARTMENT OF ENVIRONMENTAL
QUALITY,
          Respondents-Appellants.
_____

SC: 133404
COA: 264154
Wayne CC: 05-507760-AA

DAIMLERCHRYSLER CORPORATION,
          Petitioner-Appellee,
v

STATE TAX COMMISSION and
DEPARTMENT OF ENVIRONMENTAL
QUALITY,
          Respondents-Appellants,
and

TOWNSHIP OF SYLVAN,
          Respondent-Appellee.
_____

SC: 133405
COA: 265686
Washtenaw CC: 2005-000250-AA

DAIMLERCHRYSLER CORPORATION,
        Petitioner-Appellee,

v

STATE TAX COMMISSION and
DEPARTMENT OF ENVIRONMENTAL
QUALITY,
        Respondents-Appellants,
and

CITY OF AUBURN HILLS,
        Respondent-Appellee.

SC: 133406
COA: 267565
Oakland CC: 05-064732-AA

_____/

On order of the Court, the applications for leave to appeal the January 30, 2007 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2007

Clerk

t0914